FILED
CLERK
11/16/2018 1:49 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   15-CR-00242 (JFB)
                                    :   14-MJ-00852 (GRB)
                                    :
              v.                    :   100 Federal Plaza
                                    :   Central Islip, New York
                                    :
MICHAEL BELFIORE,                   :   January 30, 2015
                                    :
              Defendant.            :
------------------------------------X


       TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
             BEFORE THE HONORABLE GARY R. BROWN
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff:          LARA TREINIS GATZ, ESQ.
                            United States Attorney's Office
                            610 Federal Plaza
                            Central Islip, New York 11722

For the Defendant:          MARC C. GANN, ESQ.
                            Collins Gann McCloskey & Barry PLLC
                            138 Mineola Boulevard
                            Mineola, New York 11501




Court Transcriber:          SHARI RIEMER, CET-805
                            TypeWrite Word Processing Service
                            211 N Milton Road
                            Saratoga Springs, New York 12866
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service

```
                                                                  2
 1   (Proceedings began 3:49 p.m.)
 2              THE CLERK:  Calling 2014-MJ-00852, United States of
 3   America v. Michael Belfiore.
 4              Counsel, state you appearances, please.
 5              MS. GATZ:  Good afternoon, Your Honor; Lara Treinis
 6   Gatz for the United States.
 7              THE COURT:  Good to see you, Ms. Gatz.
 8              MR. GANN:  Good afternoon, Your Honor; Marc Gann,
 9   G-A-N-N, for Dr. Belfiore.
10              THE COURT:  Okay.  And good to see you again.
11              And this is Dr. Belfiore?
12              THE DEFENDANT:  Yes, sir.
13              THE COURT:  He's been before me, yes?
14              THE DEFENDANT:  Yes.
15              THE COURT:  For the same procedure?  Was it we did a
16   waiver before?
17              MR. GANN:  No.  I think the original -- I think it
18   was the original arraignment, Judge.
19              THE COURT:  Got it.  Okay.
20              Ms. Gatz, what are we doing with this?
21              MS. GATZ:  Your Honor, we are asking for
22   approximately 60 days, 60-to-90 days an extension of time in
23   this matter.  As the Court is aware, the defendant is a
24   medical doctor.  The allegations are that he was
25   prescribing -- he was writing prescriptions for controlled
```

1  substances for no legitimate medical purpose.  We're trying --
2  we're engaged in plea negotiations, and we are hopeful that we
3  will be able to resolve the case between now and then.  The
4  defendant has a -- still a practice he is currently attempting
5  to wind down and sell as -- before a guilty plea is entered in
6  this matter.  So for those reasons, the defendant is asking
7  for more time, and we believe that it's in the interest of
8  justice and the interest of the public to resolve this case
9  without an indictment and by way of a plea, and this
10 additional time will allow us to do that, Your Honor.
11            THE COURT:  Mr. Gann, are we agreed?
12            MR. GANN:  We are, Judge, yes.
13            THE COURT:  All right.  So Dr. Belfiore, let me
14 explain to you that once they've brought charges the
15 Government has limited amounts of time to bring a case first
16 to a grand jury and if there's an indictment then to trial.
17 We're at that earlier stage, right.  So what you've done by
18 signing this is agreed to extend the Government's time to
19 present your case to a grand jury.  Do you understand that?
20            THE DEFENDANT:  Yes, sir.
21            THE COURT:  And you're saying you're doing that in
22 the hopes that discussions among counsel might resolve some or
23 all the case.  Do you understand that?
24            THE DEFENDANT:  Yes, sir.
25            THE COURT:  All right.  Well, your agreement is

4

1 helpful though not dispositive because I find that it is not
2 only in your interest but in the public interest, which is the
3 test, that -- to grant the exclusion given the reasonable
4 likelihood that plea negotiations may resolve some or all the
5 case.
6 　　　　　Anything else we need to do while we're here today?
7 　　　　　MS. GATZ:  Nothing from the Government, Your Honor.
8 Thank you very much.
9 　　　　　MR. GANN:  No, thank you, Judge.
10 　　　　　THE COURT:  All right.  Thank you.  Very good.
11 　　　　　MR. GANN:  Thank you.  Have a good day.
12 　　　　　THE COURT:  Very good.
13  (Proceedings concluded at 3:51 p.m.)
14 　　　　　　　　　　　　　　* * * * * *
15
16
17
18
19
20
21
22
23
24
25

5

1  I certify that the foregoing is a court transcript from
2 an electronic sound recording of the proceedings in the above-
3 entitled matter.

_____
Shari Riemer, CET-805

Dated:  November 14, 2018