```
                                              FILED
                                              CLERK
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK   11/16/2018 1:55 pm
 2
                                                   U.S. DISTRICT COURT
 3   ------------------------------------X         EASTERN DISTRICT OF NEW YORK
                                         :         LONG ISLAND OFFICE
 4   UNITED STATES OF AMERICA,           :  15-CR-00242 (JFB)
                                         :  14-MJ-00852 (GRB)
 5                                       :
                      v.                 :  100 Federal Plaza
 6                                       :  Central Islip, New York
                                         :
 7   MICHAEL BELFIORE,                   :  March 27, 2015
                                         :
 8               Defendant.              :
     ------------------------------------X
 9

10      TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
                BEFORE THE HONORABLE GARY R. BROWN
11                UNITED STATES MAGISTRATE JUDGE

12
     APPEARANCES:
13

14   For the Plaintiff:        LARA TREINIS GATZ, ESQ.
                               United States Attorney's Office
15                             610 Federal Plaza
                               Central Islip, New York 11722
16

17   For the Defendant:        MARC C. GANN, ESQ.
                               Collins Gann McCloskey & Barry PLLC
18                             138 Mineola Boulevard
                               Mineola, New York 11501
19

20
     Court Transcriber:        SHARI RIEMER, CET-805
21                             TypeWrite Word Processing Service
                               211 N Milton Road
22                             Saratoga Springs, New York 12866

23

24

25


     Proceedings recorded by electronic sound recording, transcript
     produced by transcription service
```

```
                                                                    2

 1   (Proceedings began 12:16 p.m.)
 2              THE CLERK:  Calling 2014-MJ-00852, USA v. Michael
 3   Belfiore.
 4              Counsel, please state your appearance for the
 5   record.
 6              MS. GATZ:  Good afternoon, Your Honor; Lara Treinis
 7   Gatz for the United States.
 8              THE COURT:  Good afternoon, Ms. Gatz.
 9              MR. GANN:  Good afternoon, Your Honor; Marc Gann,
10   G-A-N-N, for Dr. Belfiore.
11              THE COURT:  And this is Dr. Belfiore, right?
12              MR. GANN:  It is.
13              THE COURT:  Everyone sit down and make yourselves
14   comfortable.  Make sure you use the mics.
15              Ms. Gatz, what are we doing here?
16              MS. GATZ:  Your Honor, we are asking for the third
17   and final order of excludable delay in this case.  We're close
18   to having resolved this case short of trial.  The defendant is
19   a doctor, and he's charged with oxycodone distribution.  Part
20   of the negotiations as it relates to the resolution of the
21   case is the defendant winding down his practice, and he has
22   hired civil counsel to do so.  We're very close to resolving
23   the case, and we believe by May 15th we will have resolved
24   this case short of trial.
25              THE COURT:  Mr. Gann, what do you have to say?
```

3

```
 1                MR. GANN:  Look, I agree with that, Your Honor.
 2                THE COURT:  Okay.  The part of Ms. Gatz'
 3    presentation I like the best was the final, right, the third
 4    and final extension.
 5                Dr. Belfiore, while I take a look at this, let me
 6    just make sure.  I'm sure we -- you and I or at least other
 7    magistrates have discussed this with you before, right?
 8                THE DEFENDANT:  Yes, sir.
 9                THE COURT:  The Government has a limited amount of
10    time to move these matters along, right?  And what you're
11    doing by signing this document -- which I assumed you signed,
12    yes?
13                THE DEFENDANT:  Yes, sir.
14                THE COURT:  Right.  You're extending their time to
15    file an indictment or an information in this matter from today
16    until 5/15 of '15.  You understand that?
17                THE DEFENDANT:  Yes, sir.
18                THE COURT:  All right. And you're doing that in the
19    hopes that your attorney may be able to work something out
20    with the Government to resolve part or all of the case.  You
21    understand that?
22                THE DEFENDANT:  Yes, sir.
23                THE COURT:  And you agree with it?
24                THE DEFENDANT:  So far, yes, sir.
25                THE COURT:  Okay.  Is there something that you might
```

4

1 not agree with?
2     THE DEFENDANT: No, no, no. Nothing yet.
3     THE COURT: Okay. Good. Do you have any question
4 for me or your attorney?
5     THE DEFENDANT: At this time, no.
6     THE COURT: Okay. Good. You like to qualify
7 things. You might make a good lawyer some day, sir.
8     Okay. I find it is in Dr. Belfiore's interest but
9 more importantly in the public interest to grant the exclusion
10 because there's a reasonable likelihood that continued plea
11 negotiations may resolve part or all the case. So I am
12 executing this document.
13     Anything else we need to do today?
14     MS. GATZ: Nothing, Your Honor. Thank you very
15 much.
16     MR. GANN: No, Judge. And it's not Ms. Gatz that's
17 really responsible for the third and final request. It is --
18 that's on me.
19     THE COURT: Well, thank you for following on the
20 sword, sir.
21     MR. GANN: Okay.
22     THE COURT: Appreciate that.
23     MR. GANN: Thank you.
24     THE COURT: Doctor, good luck to you.
25     THE DEFENDANT: Thank you.

5

1      MS. GATZ:  Thank you.  That's it.
2 (Proceedings concluded at 12:18 p.m.)
3                     * * * * * *

```
                                                                    6
 1      I certify that the foregoing is a court transcript from
 2 an electronic sound recording of the proceedings in the above-
 3 entitled matter.
 4
 5
 6                           _____
 7                           Shari Riemer, CET-805
 8 Dated:  November 14, 2018
```