```
                       UNITED STATES DISTRICT COURT           FILED
                        EASTERN DISTRICT OF NEW YORK          CLERK

                                                        11/16/2018 2:06 pm
   -------------------------------------X
                                        :               U.S. DISTRICT COURT
                                        :           EASTERN DISTRICT OF NEW YORK
   UNITED STATES OF AMERICA,            :               LONG ISLAND OFFICE
                                        :   15-CR-00242 (JFB)
                                        :
                  v.                    :   100 Federal Plaza
                                        :   Central Islip, New York
                                        :
   MICHAEL BELFIORE,                    :   September 26, 2016
                                        :
                  Defendant.            :
   -------------------------------------X


        TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
              BEFORE THE HONORABLE JOSEPH F. BIANCO
                   UNITED STATES DISTRICT JUDGE


   APPEARANCES:


   For the Plaintiff:          CHARLES P. KELLY, ESQ.
                               United States Attorney's Office
                               610 Federal Plaza
                               Central Islip, New York 11722


   For the Defendant:          LUCIA MARIA CIARAVINO, ESQ.
                               Law Office of Thomas F. Liotti, LLC
                               600 Old Country Road, Suite 530
                               Garden City, New York 11530


   Court Transcriber:          SHARI RIEMER, CET-805
                               TypeWrite Word Processing Service
                               211 N Milton Road
                               Saratoga Springs, New York 12866
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service

```
                                                                      2
 1   (Proceedings began 1:30 p.m.)
 2              THE CLERK:  Calling Case 15-CR-00242, USA v. Michael
 3   Belfiore.
 4              Counsel, please state your appearance for the
 5   record.
 6              MR. KELLY:  For the Government, Assistant U.S.
 7   Attorney Charles P. Kelly.  Good afternoon, Your Honor.
 8              THE COURT:  Good afternoon, Mr. Kelly.
 9              MS. CIARAVINO:  For Dr. Belfiore, Lucia Maria
10   Ciaravino, the Law Offices of Thomas F. Liotti, 600 Old
11   Country Road, Suite 530, Garden City.  Good afternoon, Your
12   Honor.
13              THE COURT:  Good afternoon.  Mr. Belfiore is present
14   as well.
15              MS. CIARAVINO:  Yes, Your Honor.
16              THE COURT:  We had scheduled this as a status
17   conference, so I'll hear from the lawyers starting with the
18   Government.
19              MR. KELLY:  Your Honor, we've produced discovery.
20   And the defendants have asked for transcripts of some of the
21   tapes or videotapes we've turned over, and we're going to look
22   into that.  And we've had some discussions, and we think it's
23   appropriate to put the case over in the hopes that we can
24   resolve it by the adjourn date, November 30th.
25              THE COURT:  Okay.  Is that accurate?
```

3

1    MS. CIARAVINO:  That's accurate, Your Honor.  We did
2 transmit a discovery letter to the Government on August 30th.
3 We have received some discovery in response to that.  And we
4 did receive some videos of which we are asking now for the
5 transcription of those videos so that we can analyze those.
6    THE COURT:  Okay.  And you want to adjourn until
7 November 30th?
8    MS. CIARAVINO:  Yes, Your Honor.
9    THE COURT:  Your client's willing to exclude the
10 time?
11    MS. CIARAVINO:  Yes.
12    THE COURT:  Okay.  Let me just confirm that.  Dr.
13 Belfiore, you heard the attorneys.  They want to adjourn your
14 case until November 30th so that you and your attorneys can
15 review this additional discovery that the Government is going
16 to look into and to negotiate with the Government if you wish
17 and just generally to decide how you wish to proceed with
18 respect to the case.  By signing this waiver you're agreeing
19 to exclude the time under the Speedy Trial Act until November
20 30th for those purposes.  Is that what you want to do?
21    THE DEFENDANT:  Yes, sir.
22    THE COURT:  Okay.  So I'll grant that request.
23 We'll adjourn the case until November 30th at --
24    THE CLERK:  1:00.
25    THE COURT:  -- 1:00 p.m.  I exclude the time from

4

1  today until November 30th under Title 18, U.S.C. Section
2  3161(h)(7)(A) for the reasons I just stated, the need for
3  defense counsel and their client to review the discovery,
4  engage in plea negotiations, and decide how they wish to
5  proceed.  I find that the ends of justice served by granting
6  the continuance outweigh the best interest of both the public
7  and the defendant in a speedier trial.  And I have so ordered
8  the waiver.
9
10           All right.  Is there anything else for today?
11           MR. KELLY:  No, Your Honor.  Thank you.
12           MS. CIARAVINO:  No, Your Honor.  Thank you very
13  much.
14           THE COURT:  All right.  Have a good day.
15    (Proceedings concluded at 1:33 p.m.)
16                      * * * * * *

5

I certify that the foregoing is a court transcript from an electronic sound recording of the proceedings in the above-entitled matter.

Shari Riemer, CET-805

Dated: November 14, 2018